IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amanda Wray, et al., | No. CV-22-00859-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Jann-Michael Greenburg, et al., | |
| Defendants. | |

The Court having received notice that this case has settled (Doc. 105),

**IT IS ORDERED** that the Clerk of Court shall, without further notice, **DISMISS** this entire case on December 22, 2023, and shall enter judgment accordingly, unless *prior thereto* a party files a request for reinstatement on the Court's trial calendar.

**IT IS FURTHER ORDERED** that all deadlines and hearings are vacated and that all pending motions, including those at Docs. 101, 102, and 103, are **denied as moot**.

**IT IS FURTHER ORDERED** that to the extent the parties have stipulated that the pending motions be held "in abeyance," that stipulation (Doc. 105) is **denied**. If the settlement falls through and the case is reinstated, the parties may refile those motions.

Dated this 23rd day of October, 2023.

Dominic W. Lanza
United States District Judge