John "Jack" D. Wilenchik, Esq. #029353
Davis P. Bauer, Esq. #035529
admin@wb-law.com
Telephone: (602) 606-2810
Facsimile: (602) 606-2811

Harmeet K. Dhillon (admitted *pro hac vice*)
harmeet@dhillonlaw.com
Michael A. Columbo (admitted *pro hac vice*)
mcolumbo@dhillonlaw.com
Jesse Franklin-Murdock (admitted *pro hac vice*)
jfranklin-murdock@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| **Amanda Wray; Kimberly Stafford; and Edmond Richard,**<br><br>Plaintiffs,<br><br>v.<br><br>**Jann-Michael Greenburg, in his individual capacity; Mark Alan Greenburg; Dagmar Greenburg; Scottsdale Unified School District No. 48; and Does 1-20,**<br><br>Defendants. | Case No. CV-22-00859-PHX-DWL<br><br>**STIPULATION TO CONTINUE DISMISSAL DATE AND [PROPOSED] ORDER**<br><br>(Assigned to the Hon. Dominic W. Lanza) |

Plaintiffs Amanda Wray and Kimberly Stafford and Defendants Jann-Michael Greenburg, Mark Alan Greenburg, Dagmar Greenburg, and Scottsdale Unified School District No. 48, by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, the parties in the above-captioned case have reached a final settlement agreement that has been executed by all parties;

WHEREAS, one payment required by the settlement agreement is in the process of being routed to Plaintiffs' counsel;

WHEREAS, on October 23, 2023, the Court issued an Order stating that this case will be dismissed on December 22, 2023, unless a party files a request for reinstatement [ECF No. 106]; and

WHEREAS, the parties have agreed to request that the Court delay the date on which the case will be dismissed until January 5, 2024, so that the parties can complete their required performance under the settlement agreement before the case is dismissed, consistent with the settlement agreement.

NOW, THEREFORE, the parties request that the Court not dismiss the case until January 5, 2024, unless the parties stipulate to dismissal prior to such date.

**RESPECTFULLY SUBMITTED** on December 21, 2023.

**DHILLON LAW GROUP INC.**

*/s/ Jesse D. Franklin-Murdock*
Harmeet K. Dhillon, Esq., (admitted *pro hac vice*)
Michael A. Columbo, Esq., (admitted *pro hac vice*)
Jesse Franklin-Murdock, Esq., (admitted *pro hac vice*)
177 Post Street, Suite 700
San Francisco, California 94108
harmeet@dhillonlaw.com
mcolumbo@dhillonlaw.com

John "Jack" D. Wilenchik, Esq.
Davis P. Bauer, Esq.
**WILENCHIK & BARTNESS, P.C.**
The Wilenchik & Bartness Building
2810 North Third Street
Phoenix, Arizona 85004
admin@wb-law.com

*Attorneys for Plaintiffs*
*Amanda Wray and Kimberly Stafford*

**JONES, SKELTON & HOCHULI, P.L.C.**

*/s/ Georgia A. Staton with permission*
Georgia A. Staton, Esq.
Ravi V. Patel, Esq.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants Scottsdale Unified School District No. 48*
GStaton@JSHFIRM.com
RPatel@JSHFIRM.com


**SANDERS & PARKS, P.C.**

*/s/Jeffrey L. Smith, with permission*
Jeffrey L. Smith, Esq.
Jarred J. McBride, Esq.
John C. Quinn, Esq.
3030 North Third Street, Suite 1300
Phoenix, Arizona 85012-3099
Jeffrey.Smith@SandersParks.com
Jarred.McBride@sandersparks.com
John.Quinn@SandersParks.com

Christopher T. Rapp, Esq.
Andrew C. Pacheco, Esq.
Lesli M. H. Sorensen
**RYAN RAPP PACHECO & KELLEY, PLC**
3200 N. Central Ave., Suite 2250
Phoenix, AZ 85012
ctrapp@rrulaw.com
apacheco@rrulaw.com
lsorensen@rrulaw.com

*Attorneys for Defendants Mark Alan Greenburg and Dagmar Greenburg*

**HENDRICKS MURPHY, PLLC**

*/s/ Ed Hendricks, with permission*
Ed Hendricks, Jr., Esq.
Brendan Murphy, Esq.
1440 E. Missouri Avenue, Suite C-225
Phoenix, Arizona 85014
ed@hendricksmurphy.com
*Attorneys for Defendant Jann-Michael Greenburg*

3